UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4CR 10382 NG |
| ) | CRIMINAL NO. |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 922(g)(1)- |
| MICHAEL D. ROBATEAU ) | Felon in Possession of |
| ) | Firearm |
| ) | 18 U.S.C. § 2 |
| ) | Aiding and Abetting |

INDICTMENT

COUNT ONE

(18 U.S.C. § 922(g)(1)-
Felon in Possession of Firearm)

The Grand Jury charges that:

On or about May 7, 2004, at Boston, in the District of Massachusetts,

MICHAEL D. ROBATEAU

defendant herein, having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Mauser, 9mm Kurz, semi-automatic handgun, Serial #01.17580.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Jeffrey Auerhahn
Allison D. Burroughs
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 3:53pm
12/16/04

☙JS 45 (5/97) - (Re ..sed USAO MA 3/25/02)

**04 CR 10382 NG**

Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __ATF__

**City** __Boston, MA__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael D. Robateau__     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __33 Almont Street, Mattapan, MA__

Birth date: __11/28/75__   SS#: __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__   Sex: __M__   Race: __B__   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Allison D. Burroughs/Jeff Auerhahn__    Bar Number if applicable _____

Interpreter: ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☒ Yes   ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/16/04__     Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

04CR 10382 NG

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Michael D. Robateau

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm | 1 |
| Set 2 | 18 U.S.C. §2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

robateaujs45.wpd - 3/13/02