UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04CR 10381 JLT**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. |
| v. | ) |
| MICHAEL D. ROBITEAU | ) |

### MOTION TO IMPOUND INDICTMENT AND ARREST WARRANT

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Jeffrey Auerhahn and Allison D. Burroughs, Assistant U.S. Attorneys, hereby moves the Court to seal the indictment, arrest warrant and any other supporting documentation filed in this matter until such time as the Court may, on motion of the United States, order its disclosure.

In support thereof, the government avers as follows: This investigation involved the participation of a cooperating witness ("CW"), who remains active in other ongoing investigations. It is our current intention to have this CW continue to participate in such other investigations for a further limited period of time. We therefore do not anticipate immediately effecting the arrest in this matter. It is in the interests of justice and the safety of the CW to allow this matter to remain sealed both until the arrest has been effected and the CW has completed his proactive investigative efforts.

Further, the premature disclosure of the existence of the arrest warrant and supporting documentation may also cause the defendant to flee to avoid arrest and jeopardize the safety of the law enforcement officers when they execute the arrest warrant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Allison D. Burroughs
Jeffrey Auerhahn
Assistant U.S. Attorneys

DEC 16 2004