UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, | ) |
|  | ) |
| v. | ) CR 04-10382 |
|  | ) |
| SEALED | ) |
|     Defendant | ) |

**GLOBE NEWSPAPER COMPANY, INC.'S**
**MOTION FOR ACCESS TO COURT DOCKET AND CASE FILINGS**

Globe Newspaper Company, Inc. (the "Globe") submits this its motion for public access to the proceedings, filings, and docket in the above-captioned criminal case. In support of this Motion, the Globe relies on the memorandum of law, Affidavit of Shelly Murphy in Support of Motion of Globe Newspaper Company, Inc. for Access to Court Docket and Case Filings, and Affidavit of Neil McGaraghan submitted herewith.

WHEREFORE, the Globe respectfully requests that the court enter an order unsealing this case and granting the Globe access to the proceedings, filings, and docket in this case.

Respectfully submitted,

**OF COUNSEL:**

David E. McCraw, Esq.
**The New York Times Company**
229 West 43rd Street
New York, NY 10036
(212) 556-4031

**GLOBE NEWSPAPER COMPANY, INC.**

By its attorneys,

_____
Jonathan M. Albano, BBO #013850
Neil McGaraghan, BBO #649704
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: April 29, 2005

LITDOCS/599581.1