UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br><br>        v.<br><br>SEALED,<br>        Defendant | )<br>)<br>)<br>)   CR 04-10382<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Neil G. McGaraghan, hereby certify that on April 29, 2005, I caused a copy of the following documents to be served by hand on Michael J. Sullivan, Esq., United States Attorney for Massachusetts, One Courthouse Way, John Joseph Moakley Courthouse, Boston, MA 02210:

1. Globe Newspaper Company, Inc.'s Motion for Access to Court Docket and Case Filings;

2. Memorandum of Globe Newspaper Company, Inc. in Support of Motion for Access to Court Docket and Case Filings;

3. Affidavit of Shelley Murphy in Support of Motion of Globe Newspaper Company, Inc. for Access to Court Docket and Case Filings; and

4. Affidavit of Neil McGaraghan.

_____
Neil G. McGaraghan

LITDOCS/599751.1