AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

MICHAEL D. ROBATEAU

**WARRANT FOR ARREST**

CASE NUMBER: 04-10382-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ MICHAEL D. ROBATEAU ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possesion of a firearm and aiding and abetting

in violation of Title ___ United States Code, Section(s) 922(g)(1) & 2

Name of Issuing Officer: Timothy S. Hillman

Signature of Issuing Officer: [signature]

Title of Issuing Officer: USMJ

Date and Location: 8/15/2006 - Boston

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.