UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 04-10382-NG |
| | ) |
| MICHAEL ROBATEAU, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT, ARREST WARRANT AND PRIOR MOTIONS TO IMPOUND OR SEAL

Now comes the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court to unseal the indictment, arrest warrant and prior motions to impound or seal filed in the above-captioned matter. In support of its motion, the government states that the defendant has been arrested and, therefore, the public disclosure of these materials will not cause the defendant to flee to avoid arrest and will not jeopardize the safety of law enforcement officers seeking to effectuate that arrest.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Patrick M. Hamilton
PATRICK M. HAMILTON
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3251

Date:  August 15, 2006

8/15/2006
ALLOWED by the Court
/s/ Dara B. Roland
Deputy Clerk