AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**                             **APPEARANCE**

MICHAEL D. ROBATEAU,

    Defendant.                           Case Number:    04-10382-NG

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for     the United States of America.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 16, 2006 | *s/Patrick M. Hamilton/* |
| Date | Signature |
| | Patrick M. Hamilton |
| | Print Name             Bar Number |
| | Assistant U.S. Attorney - One Courthouse Way |
| | Address |
| | Boston      MA    02210 |
| | City        State      Zip Code |
| | (617) 748-3251     (617) 748-3960 |
| | Phone Number           Fax Number |