UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
v.                                )          Criminal No. 06-10382-NG
                                  )
                                  )
                                  )
                                  )
MICHAEL D. ROBATEAU               )
_____)

NOTICE OF INITIAL STATUS CONFERENCE
August 22, 2006

HILLMAN, M.J.

1.    A Joint Memorandum in accordance with LR 116.5(C) shall be filed on or before **Wednesday, September 20, 2006**. An initial status conference will be held before Magistrate Judge Dein on **Monday, September 25, 2006, at 10:00 a.m.**, in Courtroom No. 15 on the Fifth Floor, Boston, MA.[1]

2.    ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

TIMOTHY S. HILLMAN
UNITED STATES MAGISTRATE JUDGE

_____

[1]     Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.