UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION NO. |
| **MICHAEL ROBATEAU,** ) | 04-10382-NG |
| ) | |
| Defendant. ) | |

### JOINT INITIAL STATUS CONFERENCE MEMORANDUM

The parties submit herewith a Joint Interim Status Conference Memorandum in the above-captioned matter:

1.  Discovery is complete.

2.  The parties agree that the government will provide expert witness discovery no less than thirty (30) days prior to a firm trial date and that the defendant will provide expert witness discovery no less than twenty-one (21) days prior to a firm trial date.

3.  The government does anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examination or tests as soon as it receives a report on the results, if any, of examining the handgun involved in this case, and the container in which it was delivered, for fingerprints.

4.  The defendant cannot determine at this time whether or not he will have any pre-trial motions.  The parties, therefore, request that a November 20, 2006 deadline be established for the filing of any such motions.

5.   The twenty-eight-day period of time from the defendant's August 22, 2006 arraignment on the Indictment through September 20, 2006 constitutes excludable delay pursuant to Local Rule 112.2(A)(2).  The parties also agree that the period of time until the deadline set by the Court for the filing of pre-trial motions by the defendant also constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(8)(A) insofar as the ends of justice served by allowing the defendant time to determine if he has any viable pre-trial motions to file outweigh the best interest of the public and the defendant in a speedy trial.

6.   A trial of this matter would take approximately three or four days.

7.   The parties request that a Final Status Conference be scheduled for early December, 2006.

                        Respectfully submitted,

| | |
|---|---|
| MICHAEL ROBATEAU | MICHAEL J. SULLIVAN |
| By His Attorney | UNITED STATES ATTORNEY |
| | |
| _s/Michael Andrews/_ | By:   _s/Patrick Hamilton/_ |
| MICHAEL ANDREWS, ESQ. | PATRICK M. HAMILTON |
| 21 Custom House Street | Assistant U.S. Attorney |
| Boston, MA 02110 | One Courthouse Way |
| (617) 951-0072 | Boston, MA 02210 |
| | (617) 748-3251 |

Dated:   October 24, 2006