UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10382-NG

UNITED STATES OF AMERICA

v.

MICHAEL ROBATEAU

## FURTHER ORDER ON EXCLUDABLE TIME

October 24, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 24, 2006 through December 12, 2006

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated August 22, 2006, September 25, 2006 and this order, at the time of the Final Status Conference on December 12, 2006, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge