UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10382-NG

UNITED STATES OF AMERICA

v.

MICHAEL ROBATEAU

## FURTHER ORDER ON EXCLUDABLE TIME

December 12, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 12, 2006 through January 22, 2007

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated August 22, 2006, September 25, 2006, October 24, 2006 and this order, at the time of the Final Status Conference on January 22, 2007 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge