UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10382-NG

UNITED STATES OF AMERICA

v.

MICHAEL ROBATEAU

**<u>FINAL STATUS REPORT</u>**

January 24, 2007

DEIN, M.J.

An Final Status Conference was held before this court on Wednesday, January 24, 2007 pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary, although the parties are continuing their discussions.

2. Discovery is completed at this time, except for expert discovery and the government may request a palm-print exemplar from the defendant.

3. There are no outstanding or anticipated discovery issues at this time. The defendant has requested expert discovery.  The government shall produce expert discovery in accordance with Fed. R. Crim. P. 16(a)(1)(E) no less than thirty (30) days prior to trial, and the defendant shall produce his expert discovery no less than twenty-one (21) days prior to a firm trial date.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated August 22, 2006, September 25, 2006, October 24, 2006, December 12, 2006 and the order entered contemporaneously herewith, at the time of the Final Status Conference on January 24, 2007 there were zero (**0**) days of non-

        excludable time under the Speedy Trial Act and seventy (**70**) days remain under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately three (3) to four (4) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                 / s / Judith Gail Dein
                                                 Judith Gail Dein
                                                 United States Magistrate Judge