UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10382-NG

UNITED STATES OF AMERICA

v.

MICHAEL ROBATEAU

## FURTHER ORDER ON EXCLUDABLE TIME

January 24, 2007

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 22, 2007 through January 24, 2007

that being the period between the date the Final Status Conference was scheduled to be held and the date to which it was continued.

Based upon the prior orders of the court dated August 22, 2006, September 25, 2006, October 24, 2006, December 12, 2006 and this order, at the time of the Final Status Conference on January 24, 2007 there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge