1203535

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
2007 APR 19 P 2: 24    DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

MICHAEL D. ROBATEAU

**WARRANT FOR ARREST**

CASE NUMBER: 04-10382 NG

2006 AUG 15 A 10: 40
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MICHAEL D. ROBATEAU___
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possesion of a firearm and aiding and abetting

in violation of
Title _____ United States Code, Section(s) 922(g)(1) & 2

Name of Issuing Officer

Signature of Issuing Officer

USMJ
Title of Issuing Officer

8/15/2006 - Boston
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

ATF

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/15/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.