UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MICHAEL ROBATEAU ) | Cr. No. 04-10382-NG |

## MOTION TO CONTINUE TRIAL DATE
**(Assented To)**

Now comes the defendant, Michael Robateau, and moves this Honorable Court to continue the trial date from July 29, 2007 to September 24, 2007. In support of this Motion the defendant states that undersigned counsel is scheduled for another federal trial earlier in July, and that additional personal commitments make the July date difficult. Additionally, counsel for the prosecution has just recently been assigned the case, as prior government counsel has left the United States Attorney's Office.

The parties agree that the time from the filing of this Motion to September 24, 2007 shall, in the interests of justice, be excluded from Speedy Trial Act calculations.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Michael Robateau
By his attorney

 /s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470