AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States

**V.**

Michael D. Robateau

**APPEARANCE**

Case Number:    04-10382-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 21, 2007 | /s/ William H. Connolly |
| Date | Signature |
| | William H. Connolly |
| | Print Name      Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston     MA |
| | City     State     Zip Code |
| | 617-748-3174     617-748-3965 |
| | Phone Number     Fax Number |