```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 04-10382-NG |
| | ) | |
| MICHAEL ROBATEAU | ) | |
| | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE TRIAL</u>

The United States of America, by and through Assistant United States Attorney William H. Connolly, hereby requests a continuance of the trial in the above-captioned matter, currently scheduled for September 24, 2007. As grounds, the government states AUSA William Connolly is expecting the birth of a child on or about September 27, 2007. In addition, the parties need additional time to negotiate a possible plea. The defendant, who is not in custody, by and through his attorney, assents to this request.

The parties have also agreed to exclude the time between September 24, 2007, and the new trial date, and request that this Court find that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial.

> Respectfully Submitted,
> United States
> By:
>
> <u>/s/ William H. Connolly</u>
> Assistant U.S. Attorney
> (617) 748-3174

September 11, 2007