UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) MICHAEL ROBATEAU ) ) | Cr. No. 04-10382-NG |

**MOTION FOR A PRE-PLEA PRESENTENCE REPORT**

Now comes the defendant, and moves this Honorable Court to order the Probation Department to prepare a pre-plea Presentence Report in the above captioned matter. In support of this Motion, the defendant states that preparation of the report at this time will allow him to be apprised of the potential sentence he faces should he enter a guilty plea to the pending charge, to wit, a violation of 18 U.S.C. §922(G)(1). It would be sufficient for the Court to order an abbreviated version of a Presentence Report be prepared, one setting forth only the offense conduct, Mr. Robateau's criminal history, and the sentencing options; such an abbreviated report would inform Mr. Robateau of the likely advisory sentencing guideline range, and, more importantly, whether any minimum mandatory sentence is applicable.

For the foregoing reasons, the defendant prays the Court allow this Motion.

                    Respectfully Submitted,
                    Michael Robateau
                    By his attorney

                    _/s/ Michael C. Andrews__
                    Michael C. Andrews
                    21 Custom House Street
                    Boston, Massachusetts 02110
                    (617) 951-0072
                    BBO# 546470