```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
       v.                   )
                            )   No. 04-10382-NMG
MICHAEL ROBATEAU            )
                            )
                            )
                            )

**JOINT MOTION TO EXCLUDE TIME**

At a status conference on July 9, 2008, the defendant requested additional time to review the Presentence Report and contemplate whether to plead guilty or proceed to trial. Accordingly, the Court continued the case to September 29, 2008, for a further status conference.

The parties hereby jointly move this Court to exclude the period of July 9, 2008, to September 29, 2008, from the time within which trial must commence.


United States
by:

/s/William H. Connolly
Assistant U.S. Attorney

Michael Robateau
by his counsel:

/s/ Michael Andrews (WHC)




July 9, 2008

Case 1:04-cr-10382-NG    Document 40    Filed 07/09/2008    Page 2 of 2